# United States District Court
## Violation Notice

CVB: MP23188854

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WZ-61 | 9142887 | J. Sjogren | 2393 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/01/2023 1345
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 5.3

Place of Offense: Apostle Islands Nat'l Lakeshore Mainland Sea Caves

Offense Description; Factual Basis for Charge: Engaging in business in a park area without a permit.

### DEFENDANT INFORMATION

Last Name: Prysok
First Name: Christopher
MI: A

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 1668 UX | MI | 23 | Baytliner / open | | Blk/wht |

APPEARANCE IS REQUIRED — A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500 Forfeiture Amount
+ $30 Processing Fee
$ 530 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Citation sent by USPS certified mail on 8/2/23 to above address.

Original - CVB Copy

*9142887*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 1st, 2023 while exercising my duties as a law enforcement officer in the Western District of Wisconsin

_____

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/03/2023    Officer's Signature: Jordan Sjogren
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident