UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

CHRISTOPHER PRYSOK,

Case No.: 23-po-0003-slc

Defendant.

## STIPULATION, AGREEMENT, AND ORDER

The United States and the defendant stipulate and agree that the defendant received citation(s) for: Engaging in business in a national park area without a permit, 26 C.F.R. § 5.3 (Violation #: 9142887).

The United States will amend citation number 9142887 to allege a violation of: 36 C.F.R. § 3.2 (a): Non-conflicting Coast Guard regulation, 33 C.F.R. § 173.15 (a), Vessel numbers not displayed.

Pursuant to Fed. R. Crim. P. 58(d), the defendant agrees not to contest the violation(s) and to pay $132.00 plus $30 processing fees, for a total of $162.00 on or before February 12, 2024, with a check or money order to the Central Violations Bureau, P.O. Box 780549 San Antonio, TX 78278 or through the online payment system at www.cvb.uscourts.gov. The defendant understands that the Court will sign this Stipulation, Agreement, and Order and that failing to pay the agreed fine amount could subject the defendant to contempt charges and arrest.

_____
Assistant United States Attorney

December 7, 2023
Date

Christopher Prysok
Defendant name (printed)

_____
Defendant signature

Upon receipt of this agreement, it is ORDERED that judgment of conviction be entered into in accordance with the charge(s) set forth above and the defendant pay the amount required under this agreement.

_____
STEPHEN L. CROCKER
United States Magistrate Judge

Date